UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CASTRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSA GONZALES,<br><br>　　　　Defendant. | Case No. 1:18-cv-00421-LJO-JDP<br><br>ORDER RE: LODGED FIRST AMENDED COMPLAINT<br><br>ECF No. 22 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action filed under 42 U.S.C. § 1983.

Plaintiff filed the complaint commencing this action on March 27, 2018. ECF No. 1. On July 10, 2019, defendant filed her answer. ECF No. 16. On July 18, 2019, I issued a discovery and scheduling order. On October 18, 2019, defendant moved for summary judgment. On October 21, 2019, plaintiff lodged a first amended complaint. ECF No. 22.

If plaintiff wishes to file an amended complaint, he must file a motion for leave to amend the complaint, along with a copy of the proposed amended complaint. The motion should explain why plaintiff is now moving to amend his complaint, as well as the changes he is attempting to make.

1

IT IS SO ORDERED.

Dated: October 29, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204