UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>ROSA GONZALES,<br><br>    Defendant. | Case No. 1:18-cv-00421-LJO-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS THIS CASE |

Plaintiff Henry Castro is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On November 13, 2019, plaintiff moved to dismiss his case. As defendant has already been served and moved for summary judgment, voluntary dismissal must be done by court order. *See* Fed. R. Civ. P. 41(a). There are no counterclaims in this case. Thus, the dismissal of plaintiff's claims ends the controversy. Accordingly, the court hereby dismisses this case without prejudice.

IT IS SO ORDERED.

Dated: **November 16, 2019**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES CHIEF DISTRICT JUDGE